# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JESUS OMAR BENITEZ,<br><br>                    Petitioner,<br>v.<br><br>ISIDRO BACA, et al.,<br><br>                    Respondents. | Case No. 3:19-cv-00180-LRH-CLB<br><br>ORDER |

Respondents' pending motions for extension of time in this case (ECF Nos. 11, 13, 14) are all supported by good cause and unopposed by the opposing party. Moreover, respondents have filed the responsive motion for which they sought the extensions. ECF No. 15.

**IT IS THEREFORE ORDERED** that the motions for extension of time (ECF Nos. 11, 13, 14) are granted *nunc pro tunc* as of their respective filing dates.

DATED this 12th day of March, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE